Kevin L. Hernandez, Esq.
Nevada Bar No. 12594
**LAW OFFICE OF KEVIN L. HERNANDEZ**
8920 W. Tropicana Avenue, Suite 101
Las Vegas, Nevada 89147
T: (702) 563-4450
F: (702) 552-0408
kevin@kevinhernandezlaw.com
*Attorney for Plaintiff*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| DAWN MARTIN,<br><br>       Plaintiff,<br><br>v.<br><br>LEXISNEXIS RISK SOLUTIONS INC.,<br><br>       Defendant. | Case No.: 2:25-cv-00779-APG-NJK<br><br>**STIPULATION AND PROPOSED ORDER OF DISMISSAL WITH PREJUDICE** |

Plaintiff, Dawn Martin ("Plaintiff") and Defendant, LexisNexis Risk Solutions Inc. ("Defendant") have resolved all claims, disputes, and differences between Plaintiff and Defendant.

Therefore, Plaintiff and Defendant, by and through their respective attorneys of record, and subject to the Court's approval, respectfully request dismissal of the claims against Defendant with prejudice under Fed.R.Civ.P. 41(a)(1)(A)(ii), with Plaintiff and Defendant bearing their own

///

///

///

///

///

///

attorneys' fees and costs incurred in this action.

Respectfully Submitted.

| | |
|---|---|
| Dated: November 27, 2025 | Dated: November 27, 2025 |
| **LAW OFFICE OF**<br>**KEVIN L. HERNANDEZ** | **TROUTMAN PEPPER LOCKE LLP** |
| */s/ Kevin L. Hernandez*<br>Kevin L. Hernandez, Esq.<br>Nevada Bar No. 12594<br>*Attorney for Plaintiff* | */s/ Kevin F. Kieffer*<br>Kevin F. Kieffer, Esq.<br>Nevada Bar No. 7045<br>*Attorney for Defendant* |

## ORDER OF DISMISSAL WITH PREJUDICE

Under Fed.R.Civ.P. 41(a)(1)(A)(ii), Plaintiff's claims against Defendant are hereby dismissed with prejudice. Plaintiff and Defendant will bear their own costs, attorney's fees, and expenses.

**IT IS SO ORDERED:**

_____
ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE

DATED: December 1, 2025